UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C19-692 RSM |
| Plaintiff, | |
| v. | ORDER ON MOTION FOR EXTENSION |
| CONAGRA FOODS ENTERPRISE SERVICES, INC., a Delaware corporation | |
| Defendant. | |

This matter came before the Court on Defendant ConAgra Foods Enterprise Services, Inc.'s ("ConAgra") Motion for Extension. The Court, having reviewed the motion, and being otherwise fully advised, ORDERS:

ConAgra's Motion for Extension is GRANTED. ConAgra has up to and including Friday, June 28, 2019 to respond to Plaintiff's Complaint.

DATED this 14th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR
EXTENSION
2:19-cv-00692-RSM

Page 1

**HUSCH BLACKWELL LLP**
1801 Wewatta St., Suite 1000
Denver, CO 80202
T: 303-749-7200 F: 303-749-7272

DocID: 4821-0975-4265.1